Daniel F. RYAN, individually and in his representative capacity, Ronald Blaze, and Former Savers of Sterling Federal Savings Assn., Plaintiffs–Appellants,

v.

NAVAL AVIATION MUSEUM FOUNDATION,
Defendant,

and

United States, Defendant–Appellee,

No. 04–5025.

United States Court of Appeals,
Federal Circuit.

Dec. 5, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).